ACCEPTED
03-15-00016-CV
3948306
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 1:08:11 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00016-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 1:08:11 PM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS

FOR THE THIRD DISTRICT AT AUSTIN

FRENKIS CAPRICCIO, INC. and GENTJAN BEHAJ

Appellants
(Defendants below)

vs.

PERFORMANCE GOOD GROUPS, INC. d/b/a ROMA DALLAS

Appellee
(Plaintiff below)

APPELLANTS' MOTION TO DISMISS THE APPEAL

TO THE HONORABLE THIRD COURT OF APPEALS:

Frenkis Capriccio, Inc. and Gentjan Behaj, Appellants, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, move to dismiss their appeal in this case, and in support of such motion would show that Appellants and Appellee have compromised and settled all issues in dispute between them in this matter.

Wherefore, Appellants respectfully request that the Court dismiss this appeal.

CERTIFICATE OF CONFERENCE

On January 28, 2015, I conferred with the attorney of record for the Appellee and he stated that he had no objection object to the foregoing motion to dismiss the appeal.

Respectfully submitted,

/s/ Greg Frazer_____
Greg Frazer
State Bar No. 07399500
106 East Sixth Street, Suite 900
Austin, Texas 78701
Phone: (512) 473-3670
Fax: (512) 322-5301
e-mail: greg@frazerlegal.com
Attorney for Appellants

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 29th day of January, 2015, I served a copy of the foregoing motion on the attorney of record for Appellees, Mr. Bill Malone, Jr., by e-mail to Bill@billmalonelaw.com.

/s/Greg Frazer_____
Greg Frazer